UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID JAMES LACK, | ) Case No. CV 17-4913-BRO(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| BILL BROWN, SHERIFF, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: August 10, 2017

_____
Beverly Reid O'Connell
United States District Judge